IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: February 28, 2013
Court Reporter:    Kara Spitler

Criminal Action No. 12-cr-00503-RBJ

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,               Jeremy Sibert
                                        Robert Brown
    Plaintiff,

v.

DANIEL S. PRIETO,                       Jeffrey Edelman

    Defendant.

COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**Court in session:    9:02 a.m.**

Appearances of counsel.

Defendants appear in custody.

Opening remarks by the Court.

Discussion regarding the necessity for a Daubert Hearing.

Parties agree that a Daubert Hearing is not needed.

Argument by Mr. Sibert, Mr. Leedy and Mr. Edelman as to United State's Motion for Reconsideration Regarding Document 58 and Notice Concerning 404(b) #[63] and United States Motion to Include Supplemental Facts #[72].

Argument by Mr. Sibert and Mr. Edelman regarding United States' Notice to the Court

Concerning Defendant Prieto's Felony Conviction and Use Under Fed.R.Evid. 404(b) #[65].

Discussion regarding speedy trial and a continuance of the trial.

Argument by Mr. Sibert and Mr. Leedy as to In Light of Denial of Doc. No. 30, Defendant Galvan's Motion in Limine Relating to the Description of Drug Paraphernalia #[67].

The Court notes that the drug evidence will not be allowed.

Discussion regarding jury selection.  Twenty-eight jurors will be seated in the jury box.

Discussion regarding trial procedures and exhibits.

For the reasons and findings as stated on the record it is:

**ORDERED:** Motion in Limine to Preclude the Introduction of Co-Defendant Statements, or in the Alternative to Sever Defendants #[31] is GRANTED.

**ORDERED:** United State's Motion for Reconsideration Regarding Document 58 and Notice Concerning 404(b)  #[63] is GRANTED subject to the Court's comments.

**ORDERED:** In Light of Denial of Doc. No. 30,  Defendant Galvan's Motion in Limine Relating to the Description of Drug Paraphernalia #[67] is DENIED.  However, the Court will not permit the witness to say that it was methamphetamine or that it was a methamphetamine pipe.  The witness may testify as to what he believed he thought it was.

**ORDERED:** United States Motion to Include Supplemental Facts #[72] is GRANTED subject to the Court's comments.

**ORDERED:** Jury Trial as to Defendant Daniel Prieto is RESET to **March 11, 2013 at 9:00 a.m.**

**ORDERED:** Jury Trial as to Defendant Saul Galvan is RESET to **March 25, 2013 at 9:00 a.m.**

**ORDERED:** Defendants remanded to the custody of the United States Marshal.

**Court in recess:**      10:58 a.m.

Hearing concluded.

Total time:     01:56